FILED
GREAT FALLS DIV

2008 APR 14  PM 12 10

**IN THE UNITED STATES DISTRICT COURT**  PATRICK E. DUFFY, CLERK

**FOR THE DISTRICT OF MONTANA**  BY
DEPUTY CLERK

**GREAT FALLS DIVISION**

| | |
|---|---|
| DOUGLAS R. BOESE, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MACDONALD and RAYMOND STUBBS, <br><br> Defendants. | No. CV 07-101-GF-SEH <br><br> **ORDER** |

On November 29, 2007, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Judge Strong recommended that Plaintiff's federal claims under 42 U.S.C. § 1983 be dismissed because an adequate post-deprivation remedy exists under state law, and that Plaintiff's state law claims be remanded to state court. I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 12

ORDERED:

1.      Plaintiff's federal claims are DISMISSED.

2.      Plaintiff's state law claims are REMANDED to the Montana Ninth Judicial

District Court, Toole County, for further proceedings.

DATED this _____ day of April, 2008.

SAM E. HADDON
United States District Judge

2